Mark A. WILLETT, Appellant,

v.

COMMISSIONER OF INTERNAL REVENUE, Appellee.

No. 07–3405.

United States Court of Appeals, Eighth Circuit.

Submitted: March 6, 2009.

Filed: April 1, 2009.

Mark A. Willett, Branson, MO, pro se.

Donald L. Korb, U.S. Internal Revenue Service, Office of Chief Counsel, Robert William Metzler, Supervisory, Richard T. Morrison, John A. Nolet, U.S. Department of Justice, Washington, DC, for Appellee.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Mark Willett challenges the tax court's[1] order dismissing his pro se petition and imposing a $10,000 penalty under 26 U.S.C. § 6673. After careful review, we conclude that the dismissal and the penalty were proper. Accordingly, we affirm. *See* 8th Cir. R. 47B. All pending motions are denied.

1. The Honorable Stanley J. Goldberg, United States Tax Court Judge.